FARRELLA, BRAUN & MARTEL, LLP
KAREN P. KIMMEY (State Bar No. 173284)
*kkimmey@fbm.com*
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Phone:  415.954.4400
Fax:  415.954.4480

McCARTER & ENGLISH, LLP
BRIAN J. OSIAS (admitted pro hac vice)
*bosias@mccarter.com*
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
Telephone:  973.622.4444
Fax:  973.624.7070

Attorneys for Plaintiffs
CORTHERA, INC. and THOMAS G. WIGGANS

SEDGWICK LLP
BRIAN D. HARRISON (State Bar No.157123)
*brian.harrison@sedgwicklaw.com*
KARA L. DIBIASIO (State Bar No. 294547)
*kara.dibiasio@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:     415.781.7900
Facsimile:      415.781.2635

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORTHERA, INC. and THOMAS G. WIGGANS,<br><br>            Plaintiffs,<br><br>     v.<br><br>SCOTTSDALE INSURANCE COMPANY,<br><br>            Defendant. | Case No. 3:14-cv-05014-EMC<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER**<br><br>Date:   February 26, 2015<br>Time:  9:30 a.m.<br>Place:  450 Golden Gate Ave<br>           Courtroom 5, 17th Floor |

Pursuant to Civil L.R. 16-2(d), plaintiffs Corthera, Inc. and Thomas Wiggans (collectively, "Plaintiffs") and defendant Scottsdale Insurance Company ("Scottsdale"), by and through their undersigned counsel, hereby stipulate and agree to extend the deadline for the parties to file their Joint Case Management Statement to February 20, 2015.

Pursuant to the Court's Case Management Scheduling Order dated December 2, 2014 (ECF No. 12), the Joint Case Management Statement was due by February 19, 2015 for the Case Management Conference scheduled for February 26, 2015 at 9:30 a.m. in Courtroom 5, 450 Golden Gate Avenue, San Francisco, California.

The parties have met and conferred pursuant to Local Rule 16-9 and Federal Rule of Civil Procedure 26(f), but the parties agree that an additional day is necessary to obtain final approval for each party of the proposed Joint Case Management Conference Statement.  This agreement to extend the deadline to file the Joint Case Management Statement by one day does not affect any other deadlines and does not affect the date of the Case Management Conference.

IT IS SO AGREED AND STIPULATED.

DATED:  February 19, 2015              McCARTER & ENGLISH LLP

                                       By:   */s/ Brian J. Osias* (authorized on 2/19/2015)
                                             Brian J. Osias
                                             Karen P. Kimmey
                                             Attorneys for Plaintiffs
                                             CORTHERA, INC. and THOMAS G. WIGGANS

DATED:  February 19, 2015              SEDGWICK LLP

                                       By:   */s/ Brian D. Harrison*
                                             Brian D. Harrison
                                             Kara L. DiBiasio
                                             Attorneys for Defendant
                                             SCOTTSDALE INSURANCE COMPANY

*Attestation Regarding Signatures: Pursuant to Civil Local Rule 5-1(i)(3), Brian D. Harrison hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories identified above, which shall serve in lieu of their signatures on the document.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION of the parties, it is hereby ORDERED that the deadline for the parties to file with the Court a Joint Case Management Statement shall be extended by one day to February 20, 2015.  This shall not affect the date of the Initial Case Management Conference, which is set for February 26, 2015 at 9:30 a.m.

IT IS SO ORDERED.

DATED: 2/20/15



_____
UNITED STATES DISTRICT JUDGE