FARELLA, BRAUN & MARTEL, LLP
KAREN P. KIMMEY (State Bar No. 173284)
*kkimmey@fbm.com*
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Phone: 415.954.4400
Fax: 415.954.4480

McCARTER & ENGLISH, LLP
BRIAN J. OSIAS (admitted pro hac vice)
*bosias@mccarter.com*
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
Telephone: 973.622.4444
Fax: 973.624.7070

Attorneys for Plaintiffs
CORTHERA, INC. and THOMAS G. WIGGANS

SEDGWICK LLP
BRIAN D. HARRISON (State Bar No.157123)
*brian.harrison@sedgwicklaw.com*
KARA L. DIBIASIO (State Bar No. 294547)
*kara.dibiasio@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone:   415.781.7900
Facsimile:   415.781.2635

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORTHERA, INC. and THOMAS G. WIGGANS,<br><br>                    Plaintiffs,<br><br>     v.<br><br>SCOTTSDALE INSURANCE COMPANY,<br><br>                    Defendant. | Case No. 3:14-cv-05014-EMC<br><br>**STIPULATION FOR AMENDMENT AND MODIFICATION OF DATES IN CASE MANAGEMENT AND PRETRIAL ORDER; [PRO~~POS~~ED] ORDER**<br><br>Complaint Filed: August 28, 2014<br>Removed: November 13, 2014<br><br>Date: October 1, 2015<br>Time: 10:30 a.m.<br>Place: 450 Golden Gate Ave<br>              Courtroom 5, 17th Floor |

82025580v1

1    Plaintiffs Corthera, Inc. and Thomas G. Wiggans ("Plaintiffs") and Defendant Scottsdale
2  Insurance Company ("Scottsdale"), by and through their respective counsel, hereby stipulate
3  and request that the Court amend and modify certain dates in the Case Management and Pretrial
4  Order for Jury Trial ("CMPO") (ECF No. 31).  The parties stipulate and agree as follows:
5    WHEREAS, on May 28, 2015, the parties filed an Updated Joint Case Management
6  Statement (ECF No. 29), which proposed various scheduling deadlines, and on June 5, 2015, the
7  Court entered a CMPO adopting those proposed deadlines;
8    WHEREAS, when the parties filed an Updated Joint Case Management Statement on
9  May 28, 2015, they were not in agreement that cross-motions for summary judgment on all
10 significant issues of law would likely result in a narrowing of issues in the case;
11   WHEREAS, since the entry of the CMPO, the parties have served and responded to
12 written discovery, including requests for production of documents and special interrogatories,
13 and even though the parties have exchanged deficiency letters and are attempting to meet and
14 confer to resolve these deficiencies, now believe that there are enough undisputed facts for the
15 parties to move for summary judgment or partial summary judgment on one or more issues and
16 that such motions could narrow the issues, decrease the number of depositions necessary to
17 prepare for trial, and/or could potentially lead to settlement;
18   WHEREAS, Plaintiffs and Scottsdale stipulate and agree that in order to try to narrow
19 the issues, prevent duplication and/or unnecessary effort and to promote judicial economy,
20 certain deadlines in the CMPO should be amended and modified to allow for (1) a period for
21 resolution of any germane (and limited) written discovery issues; (2) a timeframe and schedule
22 for briefing and a hearing on cross-motions for summary judgment or partial summary
23 judgment, including a timeframe to attempt to agree on a joint statement of undisputed facts;
24 and (3) a timeframe following a ruling on the motions for summary judgment to complete non-
25 expert and expert discovery, including the taking of any depositions;
26   IT IS HEREBY STIPULATED AND AGREED BY PLAINTIFFS AND
27 SCOTTSDALE THAT:
28

There exists good cause for amending and modifying certain deadlines in the CMPO as proposed below, or to dates otherwise convenient to the Court's calendar:

| DEADLINES | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Last day for submission of any written discovery disputes per the Court's Civil Standing Order on Discovery | None | November 6, 2015 |
| Last day for filing cross-motions for summary judgment | None | November 20, 2015 |
| Last day for filing oppositions to cross-motions for summary judgment | None | December 11, 2015 |
| Last day for filing replies to cross-motions for summary judgment | None | December 22, 2015 |
| Hearing on cross-motions for summary judgment | None | January 14, 2016, at 1:30 p.m. |
| Last Day for Dispositive Motions to be Heard | February 11, 2016, at 1:30pm | Vacated per agreed schedule on cross-motions for summary judgment |
| Settlement and Case Management Conference Regarding Further Procedural Issues | None | Per the Court's Schedule |
| Non-Expert Discovery Cut-Off | November 19, 2015 | April 1, 2016 |

| Expert Reports | Opening Reports by November 19, 2015; Rebuttal Reports by December 10, 2015 | Opening Reports by April 1, 2016; Rebuttal Reports by April 22, 2016 |
|---|---|---|
| Expert Discovery Cut-Off | December 31, 2015 | May 12, 2016 |
| Final Pretrial Conference | April 26, 2016, at 2:30 p.m. | Per the Court's Schedule |
| Trial | May 23, 2016, at 8:30 a.m. | Per the Court's Schedule |

DATED:  September 28, 2015            McCARTER & ENGLISH LLP


                                      By:  /s/ Brian J. Osias (as authorized on 9/28/15)[1]
                                           Brian J. Osias[2]
                                           Karen P. Kimmey
                                           Attorneys for Plaintiffs
                                           CORTHERA, INC. and THOMAS G. WIGGANS

DATED:  September 28, 2015            SEDGWICK LLP


                                      By: s/ Brian D. Harrison
                                           Brian D. Harrison
                                           Kara L. DiBiasio
                                           Attorneys for Defendant
                                           SCOTTSDALE INSURANCE COMPANY

---

[1] Pursuant to L.R. 5-1(i)(3), Brian D. Harrison attests that Brian J. Osias provided written concurrence to the filing of this document on September 28, 2015.

# ORDER

Good cause being shown, the June 5, 2015 Case Management and Pretrial Order for Jury Trial (ECF No. 31) in this matter is amended and modified to provide for the amendment to and modification of the following dates:

| DEADLINES | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Last day for submission of any written discovery disputes per the Court's Civil Standing Order on Discovery | None | November 6, 2015 |
| Last day for filing cross-motions for summary judgment | None | November 20, 2015 |
| Last day for filing oppositions to cross-motions for summary judgment | None | December 11, 2015 |
| Last day for filing replies to cross-motions for summary judgment | None | December 22, 2015 |
| Hearing on cross-motions for summary judgment | None | January 14, 2016, at 1:30 p.m. |
| Last Day for Dispositive Motions to be Heard | February 11, 2016, at 1:30pm | Vacated per agreed schedule on cross-motions for summary judgment |
| ~~Settlement and~~ Case Management Conference Regarding Further Procedural | None | Per ~~the Court's Schedule~~ January 14, 2016 at 1:30 p.m. |

| Issues | | |
|---|---|---|
| Non-Expert Discovery Cut-Off | November 19, 2015 | April 1, 2016 |
| Expert Reports | Opening Reports by November 19, 2015; Rebuttal Reports by December 10, 2015 | Opening Reports by April 1, 2016; Rebuttal Reports by April 22, 2016 |
| Expert Discovery Cut-Off | December 31, 2015 | May 12, 2016 |
| Final Pretrial Conference | April 26, 2016, at 2:30 p.m. | To be determined |
| Trial | May 23, 2016, at 8:30 a.m. | To be determined |

**IT IS SO ORDERED**.

DATED: 10/15/15



_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen