McCARTER & ENGLISH, LLP
BRIAN J. OSIAS (admitted *pro hac vice*)
*bosias@mccarter.com*
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
Telephone:  973.622.4444
Fax:  973.624.7070

FARELLA BRAUN & MARTEL LLP
KAREN P. KIMMEY (State Bar No. 173284)
*kkimmey@fbm.com*
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Phone:  415.954.4400
Fax:  415.954.4480

Attorneys for Plaintiffs
CORTHERA, INC. and THOMAS G. WIGGANS

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORTHERA, INC. and THOMAS G. WIGGANS,<br><br>                    Plaintiffs,<br><br>     -against-<br><br>SCOTTSDALE INSURANCE COMPANY,<br><br>                    Defendant. | Case No. 3:14-cv-05014-EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41** |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Corthera, Inc. and Thomas G. Wiggans ("Plaintiffs") and Defendant Scottsdale Insurance Company ("Scottsdale"), through their undersigned counsel,  come before this Court and do state as follows:

ME1 22699937v.1
26799\5498104.1

1  **IT IS HEREBY STIPULATED AND AGREED** that the claims and counts by
2  Plaintiffs against Scottsdale in the Complaint in the above-captioned action are dismissed with
3  prejudice and without costs or attorneys' fees to either party.

4                                                Respectfully submitted,

5  DATED: June 16, 2016                  FARELLA BRAUN + MARTEL

8                                     By: s/ Karen P Kimmey

9                                        Brian J. Osias
10                                       Karen P. Kimmey
                                         Attorneys for Plaintiffs
11                                          CORTHERA, INC. and THOMAS G.
                                         WIGGANS

13 DATED: June 16, 2016                  SEDGWICK LLP

15                                    By: s/ Brian D. Harrison

15 IT IS SO ORDERED. THE CLERK     Brian D. Harrison
                                         Kara L. DiBiasio
16 OF THE COURT IS DIRECTED TO    Attorneys for Defendant
17 CLOSE THIS CASE.                        SCOTTSDALE INSURANCE COMPANY

18 _____
   Edward M. Chen, U.S. District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

19 **FILER'S ATTESTATION**

20      In compliance with Civil L.R. Rule 5-1, I hereby attest that all parties have concurred in
21 the filing of this Stipulation of Dismissal with Prejudice.

23 June 16, 2016                                 /s/ Karen P. Kimmey
                                                Karen P. Kimmey

ME1 22699937v.1
26799\5498104.1